UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 01928
    RICHARD ORR
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX


            Debtor
    SSN XXX-XX-9672


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/01/2006 and was confirmed 07/10/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 11/26/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 19031.06 | .00 | 3152.81 |
| CLINICAL IMAGING ASSOCIA | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| KRELL & REUBEN DDS | UNSECURED | NOT FILED | .00 | .00 |
| MERCURY FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| PRIME CABLE OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN HEIGHTS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| B-LINE LLC | UNSECURED | 443.82 | .00 | .00 |
| SAXON MORTGAGE SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,502.70 | | 2,200.20 |
| TOM VAUGHN | TRUSTEE | | | 286.99 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 5,640.00 | |
| PRIORITY | | .00 |
| SECURED | | 3,152.81 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,200.20 |
| TRUSTEE COMPENSATION | | 286.99 |
| DEBTOR REFUND | | .00 |
| TOTALS | 5,640.00 | 5,640.00 |




                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 01928 RICHARD ORR

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/26/08                         /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE